# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144347 & (66)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re Parole of PHILIP JOSEPH PAQUETTE.

_____

HURON COUNTY PROSECUTOR,
        Appellant,

v

PHILIP J. PAQUETTE and PAROLE BOARD,
        Appellees.

SC: 144347
COA: 301140
Huron CC: 92-003524-FC

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012 _____

y0319

_____
Clerk